159 A.3d 930

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hasan COLLIER, Jr., Petitioner**

**No. 477 MAL 2016**

Supreme Court of Pennsylvania.

October 17, 2016

PER CURIAM

## ORDER

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.